United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAULETTE M. GUAJARDO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-111 |
| | § | |
| CITY OF CORPUS CHRISTI, TEXAS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## FINAL JUDGMENT

In a *Memorandum Opinion and Order* issued simultaneously with this judgment, the Court granted the motions to dismiss filed by Defendants (Dkt. 38; Dkt. 43) as to Plaintiff's claims under federal law and dismissed Plaintiff's state-law claims under 28 U.S.C. § 1367(c). In accordance with those rulings, Plaintiff's claims under federal law are **DISMISSED WITH PREJUDICE**, and Plaintiff's claims under Texas state law are **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs. Any other pending motions are **DENIED AS MOOT**.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas on July 14, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE